```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOSEPH FROEHLICH,                              :
:
                   Plaintiff,         :
:  20-CV-9279 (JPC)
   -v-                                         :
:  ORDER
OLIVIER RABILLER *et al.*,                     :
:
                 Defendants.        :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Initial Pretrial Conference scheduled for December 7, 2020 at 2:30 p.m. is adjourned *sine die*.

      SO ORDERED.

Dated: December 3, 2020
       New York, New York
                                         JOHN P. CRONAN
                                    United States District Judge