USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2020

November 23, 2020

**VIA ECF**

The Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

  Re: *The Gabelli Asset Fund, et al. v. Su Ping Lu, et al.*, Case No. 1:20-cv-08296; *Husson v. Garrett Motion Inc., et al*, Case No. 1:20-cv-07992; *Froehlich v. Olivier Rabiller, et al.*, Case No. 1:20-cv-09279.

Dear Judge Cronan:

  Plaintiffs in the above-captioned related matters hereby jointly move this Court for an order adjourning the Initial Pretrial Conferences currently set for December 7, 2020 until the Court appoints a lead plaintiff and lead counsel pursuant to the Private Securities Litigation Reform Act (15 U.S.C. § 78u-4(3), setting related briefing deadlines, and consolidating the above-captioned actions. A stipulation and proposed order is being filed contemporaneously herewith.

  Plaintiffs have not previously requested an adjournment of the Initial Pretrial Conferences. Counsel for Defendant Su Pin Lu has consented to this request and signed the stipulation. Defendants Oliver Rabiller, Alessandro Gili, Peer Bracke, Sean Deason, Craig Balis, Thierry Mabru, Russell James, Carlos Cardoso, Maura Clark, Courtney Enghauser, Susan Main, Carsten Reinhardt and Scott Tozier (collectively, the "Garrett D&O Defendants") have not yet appeared in this litigation. The undersigned counsel have notified Garrett's bankruptcy counsel of this stipulation, and said counsel has confirmed the Garrett D&O Defendants have not yet retained counsel and that Garrett's bankruptcy counsel does not object to the filing of this joint stipulation.

Respectfully Submitted,

/s/ Andrew J. Entwistle
Andrew J. Entwistle
**ENTWISTLE & CAPPUCCI LLP**
299 Park Avenue, 20th Floor
New York, New York 10171
Telephone: (212) 894-7200

*Counsel for The Gabelli Asset Fund, The Gabelli Dividend & Income Trust, The Gabelli Value 25 Fund Inc., The Gabelli Equity Trust Inc., SM Investors LP and SM Investors II LP*

/s/ Greg Linkh
Greg Linkh
**GLANCY PRONGAY & MURRAY LLP**
230 Park Avenue, Suite 530
New York, New York 10169
Tel: (212) 682-5340

*Counsel for Steven Husson*

/s/ Jeremy Lieberman
Jeremy Lieberman
**POMERANTZ LLP**
600 3rd Avenue
New York, NY 10016
Tel: (212) 661-1100

*Counsel for Joseph Froehlich*

Plaintiffs' request is GRANTED.  The Initial Pretrial Conference scheduled for December 7, 2020 at 2:00 p.m. is adjourned *sine die*.

SO ORDERED.

Date: December 3, 2020
New York, New York

JOHN P. CRONAN
United States District Judge